AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 23 AM 9:29
CLERK _____
SO. DIST. OF GA.

United States of America )
v. )
) Case No:   6:12CR00018-14
Shelton Maurice Williams )
) USM No:   17825-021
Date of Original Judgment:   October 8, 2013 )
Date of Previous Amended Judgment: _____ ) Mitchell M. Shook
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   October 8, 2013   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/23/15

                                                  _____
                                                  *Judge's signature*

Effective Date:   November 1, 2015                Dudley H. Bowen, Jr.
*(if different from order date)*                  United States District Judge
                                                  *Printed name and title*